Charles Jaffe, Respondent, v. Tobias Krakower and Gerson Unger, Appellants.— Application denied, with ten dollars costs.

Herbert Olsen, by Simon P. Olsen, His Guardian ad Litem, Appellant, v. New York Telephone Company, Respondent.— Application denied, with ten dollars costs.

Leo Rovere, Respondent, v. Max Himmel and David Baral, Appellants. — Application denied, with ten dollars costs.

---

## THIRD DEPARTMENT, MARCH, 1915.

Margaret I. Baker, Appellant, v. Edward P. Glenville and Mary M. Glenville, Respondents.— Judgment unanimously affirmed, with costs.

Fred I. Bradley v. Village of Union.— Motion for leave to appeal to the Court of Appeals from the determination on appeal from order denied.

Estella M. Cooper, Respondent, v. Village of Whitehall, Appellant.— Judgment and order unanimously affirmed, with costs.

Globe Woolen Company v. Utica Gas and Electric Company.— Motion granted.

Benjamin A. Harris, Respondent, v. Elizabeth McCabe, Appellant.— Judgment unanimously affirmed, with costs.

Bridget Hartnett, Respondent, v. Brotherhood of Locomotive Firemen and Enginemen, Appellant.— Judgment unanimously affirmed, with costs.

William A. Ingraham, Respondent, v. Town of Thurman, Appellant.— Judgment and order unanimously affirmed, with costs.

John A. Johnson, Respondent, v. Julius Sayles, Appellant.— Judgment and order unanimously affirmed, with costs.

Albert J. Levi and Others, Composing the Copartnership of J. Levi & Company, Respondents, v. J. Andrew Specht, Impleaded with Otillia Specht, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 23,482, Issued to Louisa Hill, Respondent.— Final order reversed on law and facts, and application granted, without costs. All concurred. The finding of fact of which the court disapproves being that the respondent did not make false answers in her application for the liquor tax certificate.

Walter L. Middlebrook, Respondent, v. Boston and Maine Railroad, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg and Woodward, JJ., who dissented.

Carl Louis Muller, Respondent, v. William W. Farley, as State Commissioner of Excise of the State of New York, and Others, Appellants.— Judgment unanimously affirmed, with costs, upon the authority of *People ex rel. Henness* v. *Douglass*, (143 App. Div. 750).

Stephen H. Niles, Appellant, v. Hannacroix Water Company, Respondent.— Judgment unanimously affirmed, with costs.